Mohammed Golam Morshed
CHOWDHURY,
Petitioner,

v.

Alberto R. GONZALES, U.S. Attorney
General, Respondent.

No. 04–60691.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Nov. 17, 2005.

Alphonsus Ezeoke, Ezeoke & Ezeoke, Houston, TX, for Petitioner.

David V. Bernal, Thomas Ward Hussey, Director, U.S. Department of Justice, Office of Immigration Litigation, Rodney Morris, U.S. Department of Justice, Civil Division, Washington, DC, Hipolito Acosta, U.S. Immigration & Naturalization Service, Houston, TX, Caryl G. Thompson, U.S. Immigration & Naturalization Service, District Directors Office, New Orleans, LA, for Respondent.

Alberto R. Gonzales, U.S. Department of Justice, Washington, DC, pro se.

Before JONES, WIENER, and DeMOSS, Circuit Judges.

PER CURIAM: *

Petitioner Mohammed Golam Morshed Chowdhury seeks our review of the Board of Immigration Appeals' ("BIA") denial of

---

**130**

relief on his application for asylum, withholding of removal, and protection under the Convention Against Torture. (As Chowdhury has not briefed the BIA's denial of withholding of removal and relief under the Convention Against Torture, these claims are deemed abandoned.) *See Rodriguez v. INS,* 9 F.3d 408, 414 n. 15 (5th Cir.1993).

As to the asylum application, Chowdhury challenges the BIA's determination that his application was untimely under 8 U.S.C. § 1158(a)(2). We do not have jurisdiction to review its determination. 8 U.S.C. § 1158(a)(3).

For lack of jurisdiction, Chowdhury's petition for review is DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.